**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RONALD FULKERSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | No. ED CV 16-00928 VBF (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2    be entered dismissing this action with prejudice.
3
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner and on counsel for
6    Respondent.
7
8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10   DATED: November 20, 2017                *Valerie Baker Fairbank*
11                                           _____
                                             VALERIE BAKER FAIRBANK
12                                           UNITED STATES DISTRICT JUDGE