JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RONALD FULKERSON,<br><br>                    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>                    Respondent. | No. ED CV 16-00928-VBF (SS)<br><br><br>                    **JUDGMENT** |

    Pursuant to the Court's Order Denying the Habeas Corpus Petition and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Kevin Ronald Fulkerson.**


DATED: November 20, 2017

                                        *Valerie Baker Fairbank*
                                        _____
                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE